```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS CRUZ,

                Plaintiff,

-against-

ALPINE CONSTRUCTION & RENOVATION CORP. and ANTHONY MARCELINO GRACE, Individually,

                Defendants.

23 Civ. 2748 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On April 3, 2023, the Court directed the parties to submit a joint letter and jointly proposed case management plan by August 1, 2023. ECF No. 5. To date, the parties have not filed those submissions.

       Accordingly, by **September 13, 2023**, the parties shall file a joint letter and proposed case management plan.

       SO ORDERED.

Dated: August 14, 2023
       New York, New York

                                            ANALISA TORRES
                                           United States District Judge