```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULISE BRITO, LUIS CRUZ, RUDY FLORIMON, CRISTOBAL LIZ, CRISTOBAL MOREL, ESCANDO MULLER, HENRY MUNOZ, MANUEL NOLASCO, FERMIN PEREZ, VLADIMIR DE JESUS PEREZ, JOSE POLANCO, FERNANDO PORTILLA, PASCUAL ROSA, MIGUEL ROSADO, ROBERT SANTANA, FELIPE SUAZO, RAMIRO URENA, ROLANDO VASQUEZ,

Plaintiffs,

-against-

ALPINE CONSTRUCTION & RENOVATION CORP. and ANTHONY MARCELINO GRACE, Individually,

Defendants.

23 Civ. 2748 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of the parties' anticipated request for settlement approval, the case management conference scheduled for February 27, 2024, is ADJOURNED *sine die*.

SO ORDERED.

Dated: February 21, 2024
New York, New York

ANALISA TORRES
United States District Judge