USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/28/2024_



**STILLMAN LEGAL, P.C**
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

February 26, 2024

**VIA ECF**
Hon Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 1:23-cv-02748-AT Cruz v. Alpine Construction & Renovation Corp

Dear Judge Torres,

I am writing on behalf of the parties involved in the case of in which I represent the Plaintiffs. We are writing to respectfully request an extension to finalize the settlement agreement until March 15th, 2024.

Plaintiffs have encountered a logistical hurdle regarding the signatures of three (3) of the plaintiffs. Due to various personal and professional commitments, these individuals are currently unavailable to sign the agreement, either in person or electronically.

Given these circumstances, we respectfully request an extension until March 15th, 2024, to allow sufficient time for the parties to finalize the written terms of the settlement agreement and for the three (3) plaintiffs to be available to sign.

Thank you for your attention to this matter. Should you require any further information or clarification, please do not hesitate to contact me.

GRANTED.

SO ORDERED.

Dated: February 28, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge